Theodore V. H. Mayer (TM 9748)
Vilia B. Hayes (VH 4601)
Robb W. Patryk (RP 0161)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DENNIS RINI, as Proposed Administrator of the Estate of EILEEN ANDERSON, Deceased,

                     Plaintiff,

-against-

MERCK & CO., INC., a Domestic Corporation,

                     Defendant.
------------------------------------x

No.: 07 cv 3292 (LTS)

**Rule 7.1 Statement**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       May 9, 2007

>                             Respectfully submitted,
>
>                             HUGHES HUBBARD & REED LLP
>
>                             By: /s/ Vilia B. Hayes
>                             _____
>                             Theodore V. H. Mayer (TM 9748)
>                             Vilia B. Hayes (VH 4601)
>                             Robb W. Patryk (RP 0161)
>
>                             One Battery Park Plaza
>                             New York, New York 10004-1482
>                             (212) 837-6000
>
>                             *Attorneys for Defendant Merck & Co., Inc.*