CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2007, I caused a copy of the foregoing ANSWER AND JURY DEMAND OF DEFENDANT MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

WEITZ & LUXENBERG, PC
Glenn Zuckerman, Esq.
180 Maiden Lane
New York, New York 10038

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on May 11, 2007

_____
Sarah A. Binder