**A CERTIFIED TRUE COPY**

MAY 31 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FILED JUN 1 2007

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-98)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,142 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 31 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
JUN 18 2007
Clerk, U.S. District Court
District of Louisiana
New Orleans, LA

___ Fee____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

## SCHEDULE CTO-98 - TAG-ALONG ACTIONS
### DOCKET NO. 1657
### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | CASE NUMBER EASTERN DIST. OF LA |
|---|---|---|
| **FLORIDA SOUTHERN** | | |
| FLS  1  07-21046 | Julio Davila, et al. v. Merck & Co., Inc. | 07-3143 |
| **MARYLAND** | | |
| MD  1  07-1021 | Shirley Jean Witt, et al. v. Merck & Co., Inc. | 07-3144 |
| MD  1  07-1022 | Ruby Stubbs-Sample, et al. v. Merck & Co., Inc. | 07-3145 |
| **MAINE** | | |
| ME  2  07-74 | Joseph Connell v. Merck & Co., Inc. | 07-3146 |
| **NEVADA** | | |
| ~~NV  2  07-470~~ | ~~Richard Booth, et al. v. Merck & Co., Inc., et al.~~ OPPOSED 5/23/07 | |
| **NEW YORK EASTERN** | | |
| NYE  1  07-1356 | Elizabeth Alexander v. Merck & Co., Inc. | 07-3147 |
| NYE  1  07-1575 | Gloria Marie-Rubin, et al. v. Merck & Co., Inc. | 07-3148 |
| **NEW YORK SOUTHERN** | | |
| NYS  1  07-2666 | Francesco Ricci, et al. v. Merck & Co., Inc. | 07-3149 |
| NYS  1  07-2674 | Johen Manuel Rodriguez v. Merck & Co., Inc. | 07-3150 |
| NYS  1  07-3292 | Dennis Rini, etc. v. Merck & Co., Inc. | 07-3151 |
| NYS  1  07-3333 | Pellumb Kulla, et al. v. Merck & Co., Inc. | 07-3152 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  1  07-87 | Alice Speed v. Merck & Co., Inc. | 07-3153 |
| **RHODE ISLAND** | | |
| RI  1  07-145 | Majed Mell v. Merck & Co., Inc. | 07-3154 |
| **SOUTH CAROLINA** | | |
| SC  4  07-1052 | Patricia Ridgle v. Merck & Co., Inc. | 07-3155 |
| SC  6  07-1076 | James E. French, et al. v. Merck & Co., Inc. | 07-3156 |
| **TEXAS SOUTHERN** | | |
| TXS  4  07-1358 | Shirley Kelly v. Merck & Co., Inc. | 07-3157 |
| TXS  4  07-1380 | Petra G. Mitchell v. Merck & Co., Inc. | 07-3158 |
| **WASHINGTON WESTERN** | | |
| WAW  3  07-5199 | Mary R. Dalrymple, et al. v. Merck & Co., Inc. | 07-3159 |